UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN GERALD DANIELS III, | 1:19-cv-01801-AWI-GSA-PC |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL (ECF No. 13.)** |
| vs. | |
| A. BAER, et al., | **ORDER DENYING PLAINTIFF'S MOTION TO REMAND (ECF No. 7.)** |
| Defendants. | |

Norman Gerald Daniels III ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 8, 2020, findings and recommendations were issued, recommending that Plaintiff's motion to remand this case to state court, filed on February 3, 2020, be denied.[1]  (ECF No. 13.)  The parties were granted fourteen days in which to file objections to the findings and recommendations. (Id.)  The time for filing objections has now expired, and no objections to the findings and recommendations have been filed.

---

[1] Plaintiff titled the motion to remand "motion for summary judgment," but the court construed it as a motion to remand.  (ECF No. 13 at 1:27-2:2.)

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The findings and recommendations issued by the Magistrate Judge on July 8, 2020, are ADOPTED IN FULL;
2. Plaintiff's motion to remand this case to state court, filed on February 3, 2020, is DENIED; and
3. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   August 10, 2020                               _____
                                                                        SENIOR  DISTRICT  JUDGE