UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN GERALD DANIELS III, | 1:19-cv-01801-AWI-GSA (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME (ECF No. 17.) |
| vs. | |
| A. BAER, et al., | THIRTY-DAY DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE (ECF No. 14.) |
| Defendants. | |

Plaintiff is a prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  On December 2, 2020, Plaintiff filed a motion to extend time to file a response to the court's order to show cause.  (ECF No. 17.)

The court finds good cause to grant Plaintiff an extension of time.  Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted thirty days from the date of service of this order in which to file a response to the court's order to show cause issued on October 28, 2020.

IT IS SO ORDERED.

Dated:  __December 15, 2020__          _____/s/ Gary S. Austin_____
                                        UNITED STATES MAGISTRATE JUDGE