# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORMAN GERALD DANIELS, III,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BAER, et al.,**<br><br>**Defendants.** | CASE NO. 1:19-cv-01801-AWI-GSA (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**<br><br>(Doc. No. 41) |

Plaintiff Norman Gerald Daniels, III, is a state prisoner proceeding pro se with this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B).

On November 17, 2021, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's motion for preliminary injunctive relief, filed on August 6, 2021, be denied. Doc. Nos. 32 & 41. The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days from the date of service. Doc. No. 41 at 4. To date, no objections to the findings and recommendations have been filed with the Court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

///

///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 41) that were issued on November 17, 2021, are ADOPTED in full; and

2. Plaintiff's motion for preliminary injunctive relief (Doc. No. 32) is DENIED.

IT IS SO ORDERED.

Dated:  December 17, 2021

SENIOR DISTRICT JUDGE