UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN GERALD DANIELS III,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STU SHERMAN, et al.,<br><br>　　　　Defendants | No. 1:19-cv-01801-AWI-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. No. 53.)<br><br>ORDER DISMISSING THIS CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>(Doc. No. 51.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

　　　Plaintiff is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On March 24, 2022, findings and recommendations were entered, recommending that this case be dismissed based on plaintiff's failure to state a claim upon which relief may be granted under § 1983.  (Doc. No. 53.)  On May 18, 2022, plaintiff filed objections to the findings and recommendations.  (Doc. No. 58.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on March 24, 2022, are adopted in full;
2. This action is dismissed, with prejudice, based on plaintiff's failure to state a claim upon which relief may be granted under § 1983; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  September 27, 2022                                    /s/ signature

SENIOR DISTRICT JUDGE